IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| PIERRE LEMONE DRAPER, | Case No. 1:23-cv-265 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| MICHAEL NEWMAN, et al., | |
| Defendants. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 11)**

The Court has reviewed the Report and Recommendation of United States Magistrate Karen L. Litkovitz (Doc. 11), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file any objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. This matter is **DISMISSED** for lack of prosecution.

2. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND